# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN BILLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-13-1283-D |
| GREYHOUND LINES, INC. and LAVANDA GORDON WASHINGTON, | ) ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| DeANGELO BROTHERS, INC., | ) ) |
| Third-Party Defendant. | ) |

## ORDER OF DISMISSAL

Before the Court is the Agreed Motion for Final Dismissal [Doc. No. 61] filed by Kevin Billy ("Plaintiff) and Defendants Greyhound Lines, Inc. and Lavanda Gordon Washington ("Defendants"). For good cause shown, the Motion is GRANTED. Accordingly it is hereby ordered that:

1. All claims and causes of action asserted by Plaintiff against Defendants are dismissed with prejudice to the re-filing of same.

2. This Order of Dismissal includes and disposes of: (a) all claims and causes asserted by Plaintiff against Defendants in this action, and (b) any and all causes of action that were or could have been made by Plaintiff against Defendants in this action.

3. All costs are taxed against the party incurring same, and each party shall bear its own fees and expenses.

4. This Order of Dismissal is final as to any and all claims and causes of action asserted by Plaintiff against Defendants.

IT IS SO ORDERED this 31st day of July, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE